**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1681

KENNETH JORDAN EZELL, JR.,

Plaintiff - Appellant,

versus

SOCIAL SECURITY ADMINISTRATION; JO ANNE B. BARNHART, as an individual; JAMES F. STRUES, as an individual; RONALD C. DICKINSON, as an individual; ROBERT S. CARR, as an individual,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston. Patrick Michael Duffy, District Judge. (CA-05-1084-2-PMD)

Submitted: September 27, 2005      Decided: September 29, 2005

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Kenneth Jordan Ezell, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Jordan Ezell, Jr., appeals the district court's order adopting the recommendation of the magistrate judge and dismissing his civil action under 42 U.S.C. § 1983 (2000) without prejudice. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. See Ezell v. Social Sec. Admin., No. CA-05-1084-2-PMD (D.S.C. May 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED